IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMY SCOTT                                    :
                                             :
    v.                               :   CIVIL ACTION NO. 15-5981
                                             :
KNOWLEDGE UNIVERSE EDUCATION, LLC,           :
And KINDERCARE LEARNING CENTER               :

### O R D E R

**AND NOW**, this   7th   day of   March  , 2016, at the request of Counsel, and with the agreement of Counsel, it is **ORDERED** that this matter be placed in the Eligible for Arbitration tract. The Clerk of the Court is directed to schedule this matter for arbitration.

                                                        **BY THE COURT:**

                                                        **R. BARCLAY SURRICK, J.**