IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMY SCOTT                                          :
                                                   :
    v.                                             :   CIVIL ACTION NO. 15-5981
                                                   :
KNOWLEDGE UNIVERSE EDUCATION      :
LLC, and KINDERCARE LEARNING CENTER  :

# O R D E R

    **AND NOW, TO WIT:** This   29th   day of   March  , 2016, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                              **MICHAEL E. KUNZ**, Clerk of Court

                                              **BY:   /s/ Donna Donohue Marley**
                                                       Civil Deputy Clerk to Judge Surrick

Copies FAXED on  3/29/16      to:

J. Hickey, Esquire
E. Greenberg, Esquire